UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHAD PAUL BOYANCE**                         **CIVIL ACTION 09-0389**

**VERSUS**                                              **JUDGE TUCKER L. MELANÇON**

**BURL CAIN, WARDEN**                         **MAGISTRATE JUDGE HANNA**

## JUDGMENT

Chad Paul Boyance's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 [Rec. Doc. 1] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Chad Paul Boyance's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** on this 16th day of November, 2010 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE